VIOLA PALMER, Individually and as Executrix of C. RAY PALMER, Deceased, Respondent, v. GILLETTE COMPANY, Appellant.— In an action against a foreign corporation to recover damages for personal injuries and for medical expenses and loss of services, defendant appeals from an order denying its renewed motion to vacate and annul a warrant of attachment. Order affirmed, with $10 costs and disbursements. The court had jurisdiction to grant the warrant in its discretion (Civ. Prac. Act, §§ 902, 903; *Haebler* v. *Bernharth*, 115 N. Y. 459), and upon the hearing of the instant motion it was proper to consider the additional affidavit offered by plaintiff to show that she had a prima facie case (*Dexter & Carpenter* v. *Lake & Export Coal Corp.*, 196 App. Div. 766, 771). Wenzel, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ., concur.